UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSÉ LUIS CERÓN SARRIA, Individually and on Behalf of All Others Similarly Situated,<br><br>         Plaintiff,<br><br>    - v. -<br><br>TELUS INTERNATIONAL (CDA) INC., JEFFREY PURITT, GOPI CHANDE, and VANESSA KANU,<br><br>         Defendants. | Case No. 1:25-cv-00889 (VM)<br><br>**NOTICE OF APPEARANCE** |

    PLEASE TAKE NOTICE THAT the undersigned, of the law firm Paul, Weiss, Rifkind, Wharton & Garrison LLP, is hereby entering an appearance as counsel of record for defendants TELUS International (CDA) Inc., Jeffrey Puritt, Gopi Chande, and Vanessa Kanu.

Dated: February 20, 2025
New York, New York

                 Respectfully submitted,

                 PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

                 By: */s/ Emily M. Miller*
                 Emily M. Miller
                 1285 Avenue of the Americas
                 New York, NY 10019-6064
                 Phone:  (212) 373-3000
                 Fax:  (212) 757-3990
                 emiller@paulweiss.com

                 *Attorney for TELUS International (CDA) Inc.,*
                 *Jeffrey Puritt, Gopi Chande, and Vanessa Kanu*