USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/11/25

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JOSÉ LUIS CERÓN SARRIA, Individually and on Behalf of All Others Similarly Situated,<br><br>              Plaintiff,<br><br>     - against -<br><br>TELUS INTERNATIONAL (CDA) INC., JEFFREY PURITT, GOPI CHANDE, and VANESSA KANU,<br><br>              Defendants. | **25 Civ. 0889 (VM)** |

**VICTOR MARRERO**, United States District Judge.

On January 30, 2025, plaintiff José Luis Cerón Sarria ("Sarria") filed a complaint on behalf of himself and a putative class (the "Class") against defendants TELUS International (CDA) Inc., Jeffrey Puritt, Gopi Chande, and Vanessa Kanu (collectively, the "Defendants") alleging violations of the securities laws. (See Dkt. No. 1.) On March 31, 2025, plaintiff Nitin Gadhe ("Gadhe") and plaintiff Mohammed Mohiuddin ("Mohiuddin") filed competing motions for appointment as lead plaintiff ("Lead Plaintiff") and approval of their selected counsel ("Lead Counsel") to represent the Class pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 (the "Exchange Act"), 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"). (See Dkt. Nos. 10 (Gadhe's Motion for Appointment as Lead Plaintiff), 13 (Mohiuddin's

1

Motion for Appointment as Lead Plaintiff).) On April 9, 2025, Gadhe informed the Court that "Mohiuddin has the 'largest financial interest' in this litigation within the meaning of the PSLRA and is the presumptive lead plaintiff." (Dkt. No. 16, at 1.) On April 10, 2025, Defendants informed the Court that they take no position on the appointment of Lead Plaintiff. (See Dkt. No. 17.)

**WHEREAS** the Court has considered Mohiuddin's Motion for Appointment as Lead Plaintiff and the accompanying papers,

**IT IS HEREBY ORDERED THAT:**

### I.   LEAD PLAINTIFF APPOINTMENT

1. Having reviewed all pending motions and accompanying papers (see Dkt. Nos. 13-15), the Court hereby appoints Mohiuddin as Lead Plaintiff pursuant to Section 21D(a)(3)(B)(iii) of the PSLRA. The Court finds that Mohiuddin satisfies the requisite factors under the PSLRA and Federal Rule of Civil Procedure 23, and notes that Gadhe agrees that Mohiuddin has the greatest financial interest in the matter, having suffered the greatest financial loss of the moving parties. (See Dkt. No. 16; see also Dkt. No. 14 at 7.)

### II.   LEAD COUNSEL APPOINTMENT AND RESPONSIBILITIES

2. Lead Plaintiff, pursuant to Section 21D(a)(3)(B)(v) of the PSLRA, has selected and retained Levi & Korsinsky,

LLP, who is approved as Lead Counsel for the Class in the Action.

3. Lead Counsel shall have the following responsibilities and duties, to be carried out either personally or through counsel whom Lead Counsel shall designate:

    a. to coordinate the briefing and argument of motions;

    b. to coordinate the conduct of discovery proceedings including experts;

    c. to coordinate the examination of witnesses in depositions;

    d. to coordinate the selection of counsel to act as a spokesperson at pretrial conferences;

    e. to call meetings of the plaintiffs' counsel as they deem necessary and appropriate from time to time;

    f. to coordinate all settlement negotiations with counsel for Defendants;

    g. to coordinate and collect monthly time and expense reports from all plaintiffs' attorneys in the action;

    h. to coordinate and direct the pretrial discovery proceedings and the preparation for trial and

>   the trial of this matter and to delegate work responsibilities to selected counsel as may be required; and
>
> i. to supervise any other matters concerning the efficient prosecution, resolution or settlement of the action.

4. No motion, request for discovery, or other pretrial proceedings shall be initiated or filed by any plaintiffs without the approval of Lead Counsel, so as to prevent duplicative pleadings or discovery by plaintiffs. No settlement negotiations shall be conducted without the approval of Lead Counsel.

5. Lead Counsel shall have the responsibility of receiving and disseminating Court orders and notices.

6. Lead Counsel shall be the contact between plaintiffs' counsel, and shall direct and coordinate the activities of plaintiffs' counsel.

7. Defendants shall effectuate service of papers on plaintiffs by serving a copy of same on Lead Counsel by overnight mail service, electronic or hand delivery. Plaintiffs shall effectuate service of papers on Defendants by serving a copy of same on Defendants' counsel by overnight mail service, electronic or hand delivery.

### III. NEWLY FILED OR TRANSFERRED ACTIONS

8. When a case that arises out of the subject matter of this action is hereinafter filed in this Court or transferred to this Court from another court, the clerk of this Court shall:

   a. File a copy of this Order in the separate file for such action;

   b. Mail a copy of this Order to the attorneys for the plaintiff(s) in the newly filed or transferred case and to any new defendant(s) in the newly filed or transferred case; and

   c. Make the appropriate entry in the docket for this action.

9. Each new case arising out of the subject matter of this action that is filed in this Court or transferred to this Court shall be consolidated with the Action and this Order shall apply thereto, unless a party objecting to this Order or any provision of this Order shall, within ten days after the date upon which a copy of this Order is served on counsel for such party, file an application for relief from this Order or any provision herein and this Court deems it appropriate to grant such application.

10. During the pendency of this litigation, or until further order of this Court, the parties shall take reasonable

steps to preserve all documents within their possession, custody, or control, including computer-generated and stored information, and materials such as computerized data and electronic mail, containing information which is relevant, or which may lead to the discovery of information relevant to the subject matter of the pending litigation.

**SO ORDERED.**

Dated:   11 April 2025
         New York, New York

_____
Victor Marrero
U.S.D.J.