# PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

1285 Avenue of the Americas
New York, NY 10019-6064
+1 212 373 3000

Brussels
Hong Kong
London
Los Angeles
San Francisco
Tokyo
Toronto
Washington, DC
Wilmington

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: _9/12/25_

September 10, 2025

**By ECF**
Hon. Victor Marrero (via ECF)
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

       *Sarria* v. *TELUS International (CDA) Inc., et al.*, No. 1:25-cv-00889 (S.D.N.Y.)

Dear Judge Marrero:

      We represent Defendants TELUS International (CDA) Inc. d/b/a TELUS Digital, Jeffrey Puritt, Vanessa Kanu, Gopi Chande, and Michael Ringman (collectively, the "Defendants"), and write jointly with Lead Plaintiff Mohammed Mohiuddin (together, with Defendants, the "Parties") in response to the Court's September 3, 2025 order, directing the Parties to advise whether they request further briefing regarding Defendants' anticipated motion to dismiss the Amended Class Action Complaint, and if so, to submit a proposed briefing schedule. (ECF No. 32). Defendants respectfully request full briefing on their motion to dismiss. The Parties have conferred and agree to the following briefing schedule:

- Defendants' Motion to Dismiss to be filed by October 23, 2025;

- Plaintiff's Opposition to be filed by December 10, 2025; and

- Defendants' Reply to be filed by January 14, 2026.

      The Parties thank the Court for its attention to this matter.

                            Respectfully,

                            */s/ Audra J. Soloway*
                            Audra J. Soloway

cc:    All Counsel of Record (via ECF)



Request **GRANTED.**

The Court hereby directs the parties to adhere to the above stipulated briefing schedule.

**SO ORDERED.**

12 September 2025
_____
    **DATE**               VICTOR MARRERO, U.S.D.J.