**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

---

JOSÉ LUIS CERÓN SARRIA, Individually
and on Behalf of All Others Similarly Situated,

                    Plaintiff,

  v.

TELUS INTERNATIONAL (CDA) INC.,
JEFFREY PURITT, VANESSA KANU,
GOPI CHANDE, and MICHAEL RINGMAN,

                    Defendants.

Case No. 1:25-CV-00889-VM

**ORAL ARGUMENT REQUESTED**

---

**NOTICE OF MOTION TO DISMISS**

PLEASE TAKE NOTICE THAT TELUS International (CDA) Inc. d/b/a TELUS Digital, Jeffrey Puritt, Vanessa Kanu, Gopi Chande, and Michael Ringman, by their counsel, Paul, Weiss, Rifkind, Wharton & Garrison LLP, hereby move pursuant to Federal Rules of Civil Procedure 9(b) and 12(b)(6) and the Private Securities Litigation Reform Act of 1995, upon the accompanying Memorandum of Law, the accompanying Declaration of Audra. J. Soloway dated October 23, 2025, and the exhibits annexed thereto, and all other papers herein, to dismiss with prejudice the Amended Class Action Complaint for Violations of the Federal Securities Law filed in the above-captioned action.

WHEREFORE, the Court should dismiss the Amended Class Action Complaint in its entirety with prejudice.

Dated: October 23, 2025
New York, New York

Respectfully submitted,

*/s/ Audra J. Soloway*

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Audra J. Soloway
Emily M. Miller
1285 Avenue of the Americas
New York, New York 10019-6064
Tel: (212) 373-3000
asoloway@paulweiss.com
emiller@paulweiss.com

*Counsel for TELUS International (CDA) Inc., Jeffrey Puritt, Vanessa Kanu, Gopi Chande, and Michael Ringman*