**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JOSÉ LUIS CERÓN SARRIA, Individually and on Behalf of All Others Similarly Situated, <br><br>          Plaintiff, <br><br>   v. <br><br> TELUS INTERNATIONAL (CDA) INC., JEFFREY PURITT, VANESSA KANU, GOPI CHANDE, and MICHAEL RINGMAN, <br><br>          Defendants. | Case No. 1:25-CV-00889-VM |

**DECLARATION OF AUDRA J. SOLOWAY IN SUPPORT**
**OF DEFENDANTS' REPLY IN SUPPORT OF THEIR MOTION TO DISMISS**
**THE AMENDED CLASS ACTION COMPLAINT**

AUDRA J. SOLOWAY declares the following pursuant to 28 U.S.C. § 1746:

1.      I am a member of the law firm Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, attorneys for defendants TELUS International (CDA) Inc. d/b/a TELUS Digital ("TI"), Jeffrey Puritt, Vanessa Kanu, Gopi Chande, and Michael Ringman (together, "Defendants").  I submit this declaration in support of Defendants' Reply in Support of their Motion to Dismiss the Amended Class Action Complaint for Violations of the Federal Securities Laws (the "Complaint").

2.      Attached hereto as Exhibit 19 is CIBC's analyst report, "Banking On A Stronger Second Half," published on May 9, 2024, which is cited in the Complaint at paragraph 137.  Exhibit 19 is also cited in Plaintiff's Memorandum of Law in Opposition to Defendants' Motion to Dismiss at page 26, but was not submitted by Plaintiff with his opposition papers.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on January 14, 2026.

/s/ *Audra J. Soloway*
Audra J. Soloway