USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/25/26

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JOSÉ LUIS CERÓN SARRIA, Individually and on Behalf of All Others Similarly Situated,<br>Plaintiff,<br><br>- against -<br><br>TELUS INTERNATIONAL (CDA) INC., JEFFREY PURITT, VANESSA KANU, GOPI CHANDE, AND MICHAEL RINGMAN,<br>Defendants. | **25 Civ. 0889 (VM)** |

**VICTOR MARRERO, United States District Judge.**

The Court is in receipt of Defendants' August 18, 2026, letter concerning next steps in this action. (See Dkt. No. 44.) The Court confirms that its dismissal of Plaintiff's Amended Complaint was without prejudice. If Plaintiff seeks leave to file an amended complaint, Plaintiff shall file, by September 1, 2026, a letter brief not to exceed five pages seeking leave to file an amended complaint and showing factually how Plaintiff would amend the Amended Complaint to overcome the deficiencies identified in this Court's August 11, 2026, Decision and Order (Dkt. No. 43). Defendants may respond by letter brief not to exceed five pages within ten days of Plaintiff's filing.

**SO ORDERED.**

Dated: 25 August 2026
New York, New York

_________________________
Victor Marrero
U.S.D.J.