**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

JOSÉ LUIS CERÓN SARRIA, Individually
and on Behalf of All Others Similarly Situated,

Plaintiff,

-against-

25 **CIVIL** 889 (VM)

**JUDGMENT**

TELUS INTERNATIONAL (CDA) INC.,
JEFFREY PURITT, VANESSA KANU, GOPI
CHANDE, AND MICHAEL RINGMAN,

Defendants.

---------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memo Endorsement dated September 8, 2026, Plaintiff's Complaint is dismissed with prejudice; accordingly, the case is closed.

**Dated:** New York, New York

September 9, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** [signature]

**Deputy Clerk**